UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                :

MATTHEW MCDERMOTT,              :

                                                :

                      Plaintiff,      :
                                                :             22-CV-8307 (VSB)

          v.                    :

                                              :              **ORDER**

VIP CONNECTED ENTERTAINMENT  :
LLC,                                :

                                              :

                    Defendant.   :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on September 29, 2022, (Doc. 1), and filed an affidavit of

service on October 17, 2022, (Doc. 8).  The deadline for Defendant to respond to Plaintiff's

complaint was November 4, 2022.  (*See* Doc. 8.)  On October 21, 2022, I received a letter

addressed to my Chambers through the Pro Se Intake Unit containing a request for dismissal of

the complaint against Defendant and a purported answer.  There is no indication that the

individual responsible for sending the letter is an attorney, and therefore, the letter cannot be

considered an answer filed on behalf of the Defendant corporation.   I issued an order on

November 1, 2022 informing Defendant that a corporation may not proceed *pro se*, directing

Defendant to retain counsel by November 30, 2022, and staying all deadlines in this case until

November 30, 2022.  (Doc. 9.)  To date, no answer has been filed and there is no indication on

the docket that Defendant has retained counsel.  Plaintiff, however, has taken no action to

prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to

do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no

later than December 23, 2022.  If Plaintiff fails to do so or otherwise demonstrate that he intends

to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal

Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      December 9, 2022
            New York, New York

_____
VERNON S. BRODERICK
United States District Judge