

```
                                                            333 EARLE OVINGTON BLVD, STE 402
                                                                  UNIONDALE, NEW YORK 11553
                                                                            T: 516-203-7600
                                                                            F: 516-282-7878
```

December 21, 2022

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED** [signature]
> **VERNON S. BRODERICK**
> **U.S.D.J.** 12/22/2022
>
> By January 16, 2023, Plaintiff shall file a status update regarding whether or not he has made contact with Defendant and any insight he may have into whether Defendant has retained counsel in this matter.

Re: *McDermott v. VIP Connected Entertainment, LLC,* 1:22-cv-08307 (VSB)

Dear Judge Broderick:

    We represent Plaintiff Matthew McDermott ("Plaintiff") in the above-captioned case. We write pursuant to Section 1.G of the Court's Individual Rules & Practices to respectfully request a thirty (30) day extension of time for Plaintiff to file his application for default judgment.

(1) the original deadline is December 23, 2022 [Dkt. No. 10]

(2) no previous requests for an extension have been made;

(3) no previous requests were granted or denied;

(4) Defendant is in default and therefore neither consents to nor opposes the requested relief;

(5) Plaintiff seeks a extension to afford him more time to attempt to contact defendant prior to filing his motion.

No other scheduled dates will be impacted by this request.

                                                Respectfully Submitted,

                                                **s/jameshfreeman/**
                                                James H. Freeman

                                                *Counsel for Plaintiff*