

# VIP Connected Entertainment LLC

February 27, 2023 *(revised 3'3'2023)*

**Attn: Honorable Judge Vernon S. Broderick**
Southern District of New York
500 Pearl Street, New York, NY 10007

<u>**Reference: Case No. 1:22-cv-08307**</u>

Greetings Hon. Judge Broderick:

I am writing to you once more, in hopes that you will consider my plea and grant me additional time to find a pro bono /attorney to take on my case.

In reference to my last letter dated February 27, 2023, please be advised that on February 28th, I had a zoom consultation meeting with about 5 attorneys. This meeting was facilitated by *Volunteer Lawyers for the Arts* **VLA.org**. The zoom consultation in no way means that they are representing me or has agreed to represent me in the case. **VLA.org** informed me that they will submit my case to a pool of Attorney's and hopefully one may decide to take on the case. VLA further stated that this will not happen before my March 8th court date and in fact could take up to 6 months if and should an attorney decide to take on the case. **VIP Connected Entertainment LLC** has never been sued before Judge Broderick; so, this has been quite stressful on me, especially trying to find an attorney who will take on the case pro bono.

I am thankful for the time allowed previously, and respectfully ask if I can be granted a bit more time to find a lawyer and, I would like to request a conference call with you Judge Broderick if this ask is admittable to the court. **VIP Connected Entertainment LLC** is a Talent Agent, and the entertainment industry was one hit the hardest by the covid pandemic, as a result, the company lost over 60 percent of its clientele from that which it had pre-covid. This has caused a great strain on my finances.

Judge Broderick, resolving this case continues to be my utmost priority. Additional time allowed for me to find representation will be most appreciated as there is good cause to seek an extension to respond to the complaint under Federal Rule of Civil Procedure 6(b).

Hon. Judge Broderick, until I have an attorney of record representing *VIP Connected Entertainment LLC* in this case, I would like to request copies of any future filings in the case be mailed to me at:

**VIP Connected Entertainment LLC**
1120 Avenue of The Americas
4th Floor, New York, NY 10036, USA

Sincerely yours,
*Ms. J. Brooks*

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.   03/13/2023

This case shall be stayed for 30 days while Defendant endeavors to retain counsel.

---

1120 AVENUE OF THE AMERICAS, 4th Floor, NEW YORK, NY 10036, USA

The Clerk of Court is respectfully directed to mail a copy of this order to VIP Connected Entertainment LLC, 1120 Avenue of the Americas, 4th Floor, New York, NY 10036