UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                         :

MATTHEW MCDERMOTT,          :

                         :

           Plaintiff,     :           22-CV-8307 (VSB)

                         :

        -against-      :          **ORDER**

                         :

VIP CONNECTED ENTERTAINMENT LLC,:

                         :

          Defendant.   :
-------------------------------------------------------X


<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  June 1, 2023
       New York, New York

                                      Vernon S. Broderick
                                      United States District Judge